IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ELLIS TRICE                                                                                              PETITIONER
*ADC #144462*

vs.                              Case No. 5:11CV00087 JMM-JTK

RAY HOBBS
*Director,* Arkansas Department of Correction                              RESPONDENT

ORDER

Petitioner Ellis Trice has filed a petition for a writ of habeas corpus without paying the required $5 filing fee or submitting an application to proceed in forma pauperis. (Doc. No. 1) The Court therefore orders Petitioner to either pay the $5 filing fee or submit the appropriate in forma pauperis application within thirty (30) days of the entry-date of this Order. Petitioner's failure to comply will result in the dismissal of his action without prejudice.[1] The Court also orders the Clerk to change the respondent to Ray Hobbs, the authorized person having custody of Petitioner, and to forward to Petitioner a copy of the appropriate in forma pauperis application, along with this Order.

SO ORDERED this 15th day of April, 2011.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

---

[1] Petitioner is hereby notified of his responsibility to comply with the Local Rules of the Court, including Rule 5.5(c)(2), which states in part:

> It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case and to prosecute or defend the action diligently. A party appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number. If any communication from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice.