## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

| | |
|---|---|
| ELLIS TRICE ) | |
| ADC # 144462 ) | |
|     Petitioner, ) | **Case No. 5:11-CV-00087 JMM-JTK** |
| ) | |
| v. ) | |
| ) | |
| RAY HOBBS, Director, ) | |
| Arkansas Department of Correction ) | |
|     Respondent. ) | |

## **FINAL JUDGMENT**

In accordance with the Court's Order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that the Complaint is DISMISSED WITH PREJUDICE.

SO ADJUDGED this 29th day of May, 2012.

_____
James M. Moody
United States District Judge